IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK WILLIAM MITCHELL,<br><br>Defendant. | CR 20-116-BLG-SPW<br><br><br><br>ORDER |

Pending before the Court is the United States' Motion to Dismiss the Indictment of Patrick William Mitchell with Prejudice (Doc. 5). For good cause being shown,

IT IS HEREBY ORDERED that the indictment is **DISMISSED WITH PREJUDICE.**

DATED this 5th day of January, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1